Edwin H. Barnes, Respondent, v. Sanford A. Wilbur and Emma M. Wilbur, Appellants.— Judgment affirmed, with costs. No opinion. All concurred.

Town of Bleecker, Respondent, v. William Balje, Appellant.— Appeal dismissed, without costs, upon the ground that the interlocutory judgment is not appealable. All concurred.

Broome County Agricultural Society, Respondent, v. Broome County Jockey Club, Appellant.— Judgment affirmed, with costs. No opinion. All concurred, except Smith, P. J., not voting.

Frances E. Coye, Respondent, v. The Village of Norwich, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting.

Hugh J. Dennin, Appellant, v. Francis D. May, 2d, and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Gertrude A. T. Dix, Appellant, v. Louise H. Waterman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Kellogg and Cochrane, JJ., dissenting.

Hamilton Dox Wey, Appellant, v. Trowbridge & Niver Company, Respondent.— Judgment modified by striking therefrom the words " upon the merits," and as so modified affirmed, without costs. No opinion. All concurred.

Daniel D. Godley, Appellant, v. Elmira and Seneca Lake Traction Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion.

Hannah M. Hall, Respondent, v. Cyrus M. Strong, as Surviving Trustee under the Will of Eleanor M. Strong, Deceased, Respondent, Impleaded with Kate L. Strong and Others, as Executors, etc., of Cyrus Strong, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Mary R. Hebert, as Administratrix, etc., of Edward H. Hebert, Deceased, Appellant, v. Hudson River Electric Company, Respondent.— Order affirmed, with costs to respondent to abide event. No opinion. All concurred; Chester, J., on the ground that the verdict is excessive.

William L. Hodges, Respondent, v. Ida M. T. Powell, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Frank Z. Jones, Respondent, v. James Tanner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Arthur Leo Kane, an Infant over Fourteen Years of Age, by T. Joseph Kane, His Guardian ad Litem, Respondent, v. Wilkinson Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting; Smith, P. J., not voting.

John Korchak, Respondent, v. Katrina Krotky, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Grace M. Lake, Respondent, v. L. Frank Lake, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Kellogg, J., dissenting upon the ground that no counsel fee should be awarded while the plaintiff is shown to have $2,000 of the defendant's money.